IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Jane Doe and John Doe, *on behalf of themselves and all others similarly situated*,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Knox College, Inc.,<br><br>　　　　　　　Defendant. | Case No. 4:23-cv-04012-SLD-JEH<br><br>**Judge Sara Darrow**<br><br>**Magistrate Judge Jonathan E. Hawley** |
| Rachael Morrissey, *on behalf of herself and all others similarly situated*,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Knox College, Inc.,<br><br>　　　　　　　Defendant. | Case No. 4:23-cv-04019-SLD-JEH<br><br>**Judge Sara Darrow**<br><br>**Magistrate Judge Jonathan E. Hawley** |
| Le'Andra Mosley, *on behalf of herself and all others similarly situated*,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Knox College, Inc.,<br><br>　　　　　　　Defendant. | Case No. 4:23-cv-04023-SLD-JEH<br><br>**Judge Sara Darrow**<br><br>**Magistrate Judge Jonathan E. Hawley** |

**ORDER GRANTING JOINT MOTION TO CONSOLIDATE**

Pursuant to Federal Rule of Civil Procedure 42 and C.D. Ill. L.R. 42.1, Plaintiffs Jane Doe, John Doe, Rachael Morrissey and Le'Andra Mosley requested that the actions, *Morrissey v. Knox College, Inc.*, Case No. 4:23-cv-04019-SLD-JEH ("*Morrissey* action") and *Mosley v. Knox College, Inc.*, Case No. 4:23-cv-04023-SLD-JEH ("*Mosely*" action), be consolidated with the first-filed action, *Doe et al. v. Knox College, Inc.*, Case No. 4:23-cv-04012-SLD-JEH. Having reviewed the Motion and the complaints in each action and having found that the cases involve the same issues of fact or law, arise out of the same data breach that Defendant Knox College, Inc. experienced in November 2022, have many of the same claims, and have class definitions that will encompass the same persons, this Court finds that the cases are related the *Doe*, *Morrissey*, and *Mosley* actions are sufficiently related and that the conditions for consolidation as required by Rule 42 are met, the Motion is GRANTED.

As such, the Court ORDERS that *Morrissey v. Knox College, Inc.*, Case No. 4:23-cv-04019-SLD-JEH ("*Morrissey* action") and *Mosley v. Knox College, Inc.*, Case No. 4:23-cv-04023-SLD-JEH ("*Mosely*" action), be consolidated with the first-filed action, *Doe et al. v. Knox College, Inc.*, Case No. 4:23-cv-04012-SLD-JEH. All future pleadings, motions, briefs, and other papers shall be filed on No. 4:23-cv-04012-SLD-JEH. The Clerk is DIRECTED to Close Case No. 4:23-cv-04019-SLD-JEH and 4:23-cv-04023-SLD-JEH.

All plaintiffs' counsel shall have seven (7) days from the date of this Order within which to file an application for appointment of interim class counsel.

A consolidated complaint shall be due within thirty (30) days of any order granting appointment of interim class counsel.

| February 8, 2023 | s/ Jonathan E. Hawley |
|---|---|
| Date | Magistrate Judge Jonathan E. Hawley |