# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JANE DOE, *et al.*, Individually and on Behalf of All Others Similarly Situated, | Case No.   4:23-cv-04012-SLD-JEH |
| Plaintiffs, | Judge: Hon. Sara Darrow |
| v. | |
| KNOX COLLEGE, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby dismiss their claims without prejudice. Each party will bear their own costs.

Dated:  May 10, 2023

Respectfully submitted,

By:  */s/ Carl V. Malmstrom*
Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

Mary C. Turke
mary@turkestrauss.com
Samuel J. Strauss
sam@turkestrauss.com
Raina C. Borrelli
raina@turkestrauss.com
**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, WI 53703
Telephone (608) 237-1775
Facsimile: (608) 509-4423

        Gary M. Klinger
        **MILBERG COLEMAN BRYSON**
        **PHILLIPS GROSSMAN, PLLC**
        227 W. Monroe Street, Suite 2100
        Chicago, IL 60606
        Tel.: (866) 252-0878
        Email: gklinger@milberg.com

        *Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*